ADAM GORDON
United States Attorney
MATTHEW J. SUTTON
Assistant United States Attorney
Illinois State Bar No. 6307129
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8941
Matthew.Sutton@usdoj.gov

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISMAEL ZAMBADA-GARCIA (1)<br><br>Defendant. | Criminal Case No. 14-cr-00658-DMS<br><br>**GOVERNMENT'S MOTION TO DISMISS SUPERSEDING INDICTMENT AND RECALL THE ARREST WARRANT** |

The United States Of America, by and through its counsel, Adam Gordon, United States Attorney, and Matthew J. Sutton, Assistant United States Attorney, respectfully requests, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the Court dismiss, with prejudice, the Superseding Indictment in the above-entitled case and recall the Arrest Warrant as to Defendant Ismael Zambada-Garcia (1) only. On July 20, 2026, Defendant Ismael Zambada-Garcia was sentenced to life in prison by the United States District Court for the Eastern District of New York. Based on the foregoing reasons this motion is made in the interest of justice.

DATED:   July 27, 2026

Respectfully submitted,
ADAM GORDON
United States Attorney

*s/ Matthew J. Sutton*
Matthew J. Sutton
Assistant U.S. Attorney