# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISMAEL ZAMBADA-GARCIA (1),<br><br>Defendant. | Case No.: 14-CR-658-DMS-1<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT AND RECALL THE ARREST WARRANT**<br><br>**[ECF No. 80]** |

This matter comes before the Court on the United States' motion to dismiss the Superseding Indictment and request to recall the Arrest Warrant as to Defendant Ismael Zambada-Garcia (1) only.

The Indictment in the above-captioned case is **DISMISSED WITH PREJUDICE** as to Defendant Ismael Zambada-Garcia (1) only. It is further **ORDERED** that the Arrest Warrant as to Ismael Zambada-Garcia (1) only is recalled.

**IT IS SO ORDERED.**

Dated: July 27, 2026

_____
Hon. Dana M. Sabraw
United States District Judge